**00–1697.   Abdullah v. Wilkinson.**
In Habeas Corpus. On petition for writ of habeas corpus by Khaldun S. Abdullah, a.k.a. Daryl E. Delaney and Michael Ira Ferry. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## DISMISSALS, SUA SPONTE, NO SUBSTANTIAL CONSTITUTIONAL QUESTION AND DISCRETIONARY APPEALS, IF APPLICABLE, NOT ALLOWED

**00–1358. Evans v. Mellott Mfg. Co.**
Jackson App. No. 98CA838.

**00–1368. Polzer v. Awig.**
Cuyahoga App. Nos. 76103 and 76305.

**00–1373. State v. Taylor.**
Miami App. No. 99CA23.
 LUNDBERG STRATTON, J., dissents.

**00–1374. State v. Ashley.**
Ross App. No. 99CA2514.

**00–1375. State v. Walls.**
Cuyahoga App. No. 76394.

**00–1376. State v. Shinn.**
Washington App. Nos. 99CA29 and 99CA35.
 DOUGLAS and LUNDBERG STRATTON, JJ., dissent.

**00–1378. State v. Banks.**
Franklin App. No. 99AP–1237.

**00–1385. State v. McGowan.**
Summit App. No. 19989.
 MOYER, C.J., would allow on Proposition of Law No. II.

**00–1386. State v. Conley.**
Franklin App. No. 99AP–901.

**00–1388. State v. Burrier.**
Geauga App. No. 98–G–2126.

**00–1390. Willoughby v. Eckersley.**
Lake App. No. 99–L–061.

**00–1395. State v. Leek.**
Cuyahoga App. No. 74338.

**00–1401. State v. Harris.**
Franklin App. No. 99AP–1087.

**00–1408. Fred C. Koch Greenhouses, Inc. v. Cincinnati.**
Hamilton App. No. C–990834.

**00–1409. State v. Nelson.**
Cuyahoga App. No. 75756.

**00–1411. State v. Wells.**
Jefferson App. No. 99JE2.

**00–1414. State v. Jones.**
Mercer App. No. 10200006.

**00–1415. State v. Jones.**
Mercer App. No. 10200005.

**00–1416.  State v. Butler.**
Franklin App. No. 99AP–302.
RESNICK, J., dissents.

**00–1423.  Endicott v. Johrendt.**
Franklin App. No. 99AP–935.

**00–1426.  State v. Sumlin.**
Cuyahoga App. No. 76261.

**00–1430.  Schluter v. PSL Motors, Inc.**
Richland App. No. 99CA67.

**00–1431.  State v. Zanders.**
Summit App. No. 19295.
DOUGLAS, J., would allow on Proposition of Law No. II.
PFEIFER and LUNDBERG STRATTON, JJ., would allow on all propositions of law.

**00–1432.  Pratt v. Wilson Mem. Hosp.**
Montgomery App. No. 18030.
RESNICK and F.E. SWEENEY, JJ., dissent.

**00–1433.  State v. Volgares.**
Lawrence App. No. 99CA25.

**00–1434.  State v. Lehrfeld.**
Hamilton App. No. C–990754.

**00–1435.  State v. Dempsey.**
Cuyahoga App. No. 76386.
RESNICK, J., not participating.

**00–1437.  Kays v. Schregardus.**
Portage App. No. 99–P–0066.

**00–1441.  Ohio Civ. Rights Comm. v. GMS Mgt. Co.**
Summit App. No. 19814.
LUNDBERG STRATTON, J., would allow on Propositions of Law Nos. V, VI, and VII.
DOUGLAS and RESNICK, JJ., would allow on all propositions of law.

**00–1447.  State ex rel. Montgomery v. Ohio Cast Products, Inc.**
Stark App. No. 1999CA00394.
MOYER, C.J., and COOK, J., dissent.

**00–1448.  State v. Saadey.**
Columbiana App. No. 99CO49.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**00–1449.  Denham v. New Carlisle.**
Clark App. No. 98CA19.

**00–1450.  State v. Edmonds.**
Montgomery App. No. 17907.

**00–1451.  State v. Hawn.**
Montgomery App. No. 17722.
RESNICK and LUNDBERG STRATTON, JJ., dissent.

**00–1461.  German v. Bohn.**
Allen App. No. 1200014.

**00–1469.  Rose v. Rose.**
Wayne App. No. 99CA0009.
DOUGLAS, J., dissents.

1450

**00–1471. Burkey v. Farris.**
Tuscarawas App. No. 1999AP030015.

**00–1474. State v. Thieken.**
Marion App. No. 9200009.
 DOUGLAS, J., dissents.

**00–1477. Harris v. Walker.**
Cuyahoga App. No. 76326.
 MOYER, C.J., dissents.
 RESNICK, J., not participating.

**00–1485. Toliver v. Middletown.**
Butler App. No. CA99–08–147.
 MOYER, C.J., dissents.

**00–1492. State v. McKinley.**
Cuyahoga App. No. 76443.

**00–1497. Collier v. Cappadonna.**
Lake App. No. 99–L–030.

**00–1532. State v. Sanford.**
Wood App. No. WD–92–057.
 RESNICK, J., not participating.

**00–1539. Miller v. Ohio Bur. of Emp. Serv.**
Butler App. No. CA99–11–189. On discretionary appeal and on motion for substitution of parties of Director, Ohio Department of Job & Family Services, for Administrator, Ohio Bureau of Employment Services. Appeal and motion denied.